# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONOVAN TAPLETTE

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2020 CW 0213

**MAY 1 2 2020**

In Re:    Donovan Taplette, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          675377.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

　　　　**WRIT GRANTED WITH ORDER.** The district court's October 29,
2019 judgment that dismissed Donovan Taplette's action, with
prejudice, is a final appealable judgment. La. R.S. 15:1177. The
writ is granted for the limited purpose of remanding this matter
to the district court with instructions to grant Mr. Taplette an
appeal pursuant to his notice of intent to apply for writ of
review. See **In Re Howard**, 541 So.2d 195, 197 (La. 1989) (per
curiam). In the event relator seeks to appeal the trial court's
judgment, he shall submit an order for appeal to the trial court
by June 12, 2020. Additionally, a copy of this court's order is
to be included in the appellate record.

                          **PMc**
                          **JEW**
                          **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
　　　DEPUTY CLERK OF COURT
　　　　　FOR THE COURT